Franklin C. REAVES, Reverend,
Plaintiff—Appellant,

v.

TOWN OF FAIR BLUFF; J.B. Evans,
individually and as Mayor of the
Town of Fair Bluff; Willard D. Small;
Carl W. Meares, Jr.; Billy Hammond;
Selena Graham; James H. Meares, Jr.,
individually and as Commissioner;
Lee Leggett, individually and as Chief
of the Town of Fair Bluff Police De-
partment; B.T. Hodge, individually
and in his official capacity; Town of
Fair Bluff Police Department; Fowl-
er's Auto Sales 24 Hour Towing Ser-
vice, Defendants—Appellees.

No. 05–1911.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 16, 2006.

Decided: Feb. 21, 2006.

Reverend Franklin C. Reaves, Appellant
Pro Se. Brian Edwin Edes, Clay Allen
Collier, Crossley, McIntosh, Prior & Col-
lier, Wilmington, North Carolina, for Ap-
pellees.

Before MICHAEL and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Franklin C. Reaves appeals the district
court's orders dismissing his civil action
under 42 U.S.C. §§ 1983, 1985(3) (2000)
and denying his motion for reconsidera-
tion. We have reviewed the record and
find no reversible error. Accordingly, we
affirm on the reasoning of the district
court. *See Reaves v. Town of Fair Bluff,*
No. CA–03–103–7–F (E.D.N.C. May 12
and July 5, 2005). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED*